**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6556**

_____

RODNEY COBBS,

Plaintiff - Appellant,

versus

MICHELLE B. MITCHELL; GARY K. ARONHAIT,
Virginia Secretary of Public Safety; DOCTOR
FREUND,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-1732-AM)

_____

Submitted: October 31, 2000       Decided: November 13, 2000

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Rodney Cobbs, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Cobbs, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinions and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Cobbs v. Mitchell, No. CA-99-1732-AM (E.D. Va. Dec. 6, 1999 & Mar. 22, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on March 20, 2000, the district court's records show that it was entered on the docket sheet on March 22, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2